# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STACEY TURLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV1919 CDP |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion for a sixty (60) day extension of time to file an amended complaint in this action.

Plaintiff filed this action, pursuant to 42 U.S.C. § 1983, alleging that her civil rights were violated during her incarceration at the St. Louis City Justice Center. Specifically, plaintiff asserts that she suffered a miscarriage when defendants failed to provide her with proper medical attention. Because of deficiencies in plaintiff's complaint, the Court ordered plaintiff, on December 13, 2007, to file an amended complaint no later than January 15, 2008. On the date plaintiff's amended complaint was due, plaintiff filed a motion seeking a three week extension of time to comply with the Court's Order, due to the fact that she had not received the Court's notifications after her release from the St. Louis City Justice Center. On this same

date, plaintiff also filed a motion to appoint counsel. The Court granted plaintiff's motion for extension of time, but denied plaintiff's request for appointment of counsel, noting that any successive request for counsel would be evaluated after it was determined that plaintiff's amended complaint survived frivolity review. Accordingly, plaintiff was given until February 12, 2008 to file her amended complaint.

In the instant motion, plaintiff asserts that she requires an additional sixty (60) days to finish her amended complaint and to "search and find legal representation." Plaintiff states that she is waiting to receive her medical records in the mail, records she requires to fully complete her amended complaint. In anticipation of the receipt of the records, and plaintiff's statement that she is in need of the records to craft her complaint, the Court will grant the sixty (60) day extension. Plaintiff is cautioned, however, that this is the last such extension that will be granted in this case unless plaintiff is able to show good cause for any additional requests.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file her amended complaint [Doc. #13] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on or before April 14, 2008. In the amended complaint, plaintiff shall complete in

its entirety the court-provided form for filing a complaint pursuant to 42 U.S.C. § 1983. Specifically, in the "Caption" of the form complaint, plaintiff shall set forth the name of each defendant she wishes to sue, and in the "Statement of Claims," she shall set forth as to each named defendant how that particular defendant violated her constitutional rights.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff, in addition to a copy of this Memorandum and Order, the court-provided form for filing a complaint pursuant to 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that plaintiff's failure to amend her complaint in accordance with this Court's instructions will result in the dismissal of this action, without prejudice.

**IT IS FURTHER ORDERED** that upon the filing of the amended complaint, the Clerk shall resubmit this action to the Court for review pursuant to 28 U.S.C. § 1915(e).

Dated this 13th day of February, 2008.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE